Milton Vataks, Respondent, v. William Simpson, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Giovanni Zonghetti, Respondent, v. New Jersey Terminal Dock and Improvement Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William J. Clarke, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion denied on the ground that the motion papers are not sufficiently specific to show the points on which the motion is made. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Accounting of Charles S. Collyer, as Administrator of Elizabeth Collyer, Deceased. In the Matter of the Motion of Henry M. Collyer, as Administrator of William Edwin Collyer, Deceased, Appellant, that Fanny Collyer, as Executrix of Charles S. Collyer, Deceased, Respondent, Pay Money into Court.— Motion granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Elizabeth M. Duffy, as Administratrix, etc., of Louisa Moran, Deceased. Elizabeth M. Duffy, Individually and as Administratrix, etc., Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Israel Kaufman, Respondent, v. Julius Smith and Hyman Director, Copartners, etc., Appellants.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of Charles S. Gerstenberg, as Administrator, etc., of Mary Gerstenberg, Deceased.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of John J. A. Rogers for a Writ of Mandamus against Honorable John J. Walsh, as a Justice of the Municipal Court of the City of New York, Borough of Brooklyn, and John W. Carpenter, as Clerk of the Third District Municipal Court of the City of New York in the Borough of Brooklyn. — Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of the Trustees of the Village of White Plains to Condemn Land for Sewerage Purposes.— Motion granted. Settle order before Mr. Justice Miller and submit proof showing the services of the commissioners and the stenographer. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Rudolf Maisch, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Margaret Molloy, as Executrix, etc., of Daniel Molloy, Deceased, Appellant, v. Metropolitan Street Railway Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.